PROB 12B
ED/AR (12/2012)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 10 2013

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Bryan McKinney | Case Number: 4:11CR00095-01 JMM |

Name of Sentencing Judicial Officer:    Honorable James M. Moody
                                                      United States District Judge

Original Offense:    Possession of Counterfeit Checks

Date of Sentence:    March 1, 2012

Original Sentence:    34 months Bureau of Prisons, 3 years supervised release, DNA, substance abuse treatment, drug testing, financial disclosure, no new loans or lines of credit without prior approval until all criminal penalties have been satisfied, employment restrictions, $47,864.65 restitution, and $100 special penalty assessment

Type of Supervision: Supervised Release    Date Supervision Commenced: September 27, 2013
                                                     Date Supervision Expires: September 26, 2016

| U.S. Probation Officer: | Asst. U.S. Attorney: | Defense Attorney: |
|---|---|---|
| Amber Dunn | Jana Harris | Jenniffer Horan |

## PETITIONING THE COURT

☐    To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒    To modify the conditions of supervision as follows:

**Bryan McKinney will reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, for a period of six months and abide by all the rules and regulations of the facility.**

## CAUSE

Mr. McKinney released from the Bureau of Prisons on September 27, 2013. He is currently homeless with no significant ties to the central Arkansas area. Mr. McKinney submitted a urine sample testing positive for cocaine on September 30, 2013. He admitted to using cocaine on September 28, 2013, and was referred to Recovery Centers of Arkansas. He is currently participating in their 30 day short-term residential substance abuse program to address the recent noncompliance and also as a preventative measure. Residential re-entry placement will allow Mr. McKinney the opportunity to become stable and establish himself.

On September 30, 2013, Mr. McKinney spoke with Jenniffer Horan of the Federal Public Defender's Office regarding this modification. Ms. Horan had no objections to modifying the conditions of Mr. McKinney's supervised release.

Prob 12B                              -2-                    Request for Modifying the
                                                            Conditions or Terms of Supervision
                                                                 with Consent of the Offender

Name of Offender: Bryan McKinney                    Case Number: 4:11CR00095-01 JMM

_____                        _____
Amber Dunn                                         Jana Harris
U.S. Probation Officer                             Assistant U.S. Attorney

Date: October 8, 2013                              Date: 10/8/13

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

10/10/13
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Bryan McKinney will reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, for a period of six months and abide by all the rules and regulations of the facility.**

Witness: _____  Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee

_____09/30/13_____
DATE