IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs. CASE NO. 4:11cr00095-01 JMM

BRYAN McKINNEY

AMENDED JUDGMENT

The defendant appeared December 5, 2013, for a hearing on the motion to revoke supervised release. The defendant admitted to the violations contained in the petition and the Court granted the motion to revoke. The Court imposed a sentence of fourteen (14) months imprisonment in the Bureau of Prisons followed by twenty-two (22) months supervised release.

The judgment entered December 5, 2013 (DE #42) failed to include the term of supervised release of 22 months as stated in the hearing. All other conditions remain the same.

The Clerk is requested to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED THIS13th day of February, 2014.

James M. Moody

UNITED STATES DISTRICT JUDGE